UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated, : Case No.: 1:22-cv-04247-AT

                Plaintiff,

vs.                             **NOTICE OF VOLUNTARY DISMISSAL**

SPORTRX LLC,

                Defendant.
---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Rafael Cordero hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant SportRx LLC.

DATED: February 3, 2023         **MIZRAHI KROUB LLP**

                                       /s/ Edward Y. Kroub
                                       EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*